443 A.2d 379

Commonwealth v. Caldwell, Sr., Appellant.

Submitted April 1, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Judgment of sentence of the lower court is affirmed.